■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORBETT WARREN, Also Known as SHA'RON WINSTON, Appellant. [668 NYS2d 359] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered November 14, 1994, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 3 years to life, and judgment, same court and Justice, rendered July 28, 1995, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, *nunc pro tunc* as of November 14, 1994, to a concurrent term of 5 years to life, unanimously affirmed.

The record reveals that during the plea allocution, defendant voluntarily, knowingly and intelligently waived his right to appeal the motion court's suppression ruling. As a result, there are no reviewable issues presented on appeal (*see, People v Vernon*, 205 AD2d 446, *lv denied* 84 NY2d 873). We have reviewed defendant's remaining arguments and find them to be without merit. Concur—Milonas, J. P., Rosenberger, Ellerin and Tom, JJ.